## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee, Ramse D

Printed:  2/26/08

Case Number:  06 B 12550
Judge:  Wedoff, Eugene R
Filed:  10/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  February 19, 2008
Confirmed:  April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,501.00 |  |
| Secured: |  | 19,231.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 1,269.05 |
| Other Funds: |  | 0.00 |
| Totals: | 23,501.00 | 23,501.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 0.00 |
| 7. | City Of Chicago | Secured | 0.00 | 0.00 |
| 8. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 25,260.96 | 18,560.89 |
| 10. | America's Servicing Co | Secured | 21,037.91 | 671.06 |
| 11. | Resurgent Capital Services | Unsecured | 78.44 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 611.00 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 73.25 | 0.00 |
| 14. | Sprint | Unsecured | | No Claim Filed |
| 15. | Des Plaines Fire Dept | Unsecured | | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 17. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 18. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 20. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 21. | Cook County Hospital | Unsecured | | No Claim Filed |
| 22. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 50,061.56 | $ 22,231.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee, Ramse D

Printed:  2/26/08

Case Number:  06 B 12550

Judge:  Wedoff, Eugene R

Filed:  10/3/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4% | 1,269.05 |
| | _____ |
| | $ 1,269.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

